UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

JMJ ENVIRONMENTAL, INC. AND
JOHN DRIMAK, JR.,
                Defendants.

Criminal No. 08-522 (SDW)

**ORDER OF SATISFACTION
OF RESTITUTION**

## ORDER

**WHEREAS** restitution was ordered payable to Tierra Solutions, Inc., the identified victim at the Diamond Alkali Superfund Site in Newark, New Jersey ("Diamond Alkali"), in the amount of $232,129.22 for losses relating to charged conduct at the Diamond Alkali site;

**WHEREAS** Tierra Solutions, Inc. received a payment of $202,759.04 of the restitution ordered on or about January 5, 2009;

**IT IS** on this 20th day of June 2011

**ORDERED** that the restitution obligation for JMJ Environmental, Inc. and John Drimak, Jr. to Tierra Solutions, Inc. has been satisfied in the amount of $202,759.04, and that the balance due to Tierra Solutions, Inc. for this restitution order shall be reduced to $29,370.18.

_____
Honorable Susan D. Wigenton, U.S.D.J.